UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marlena O'Brien, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                 -against-<br><br>Client Services, Inc.,<br>                    Defendant. | **ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>Docket No: 2:18-cv-01666-JMA-AYS |

TO:    DOUGLAS C. PALMER
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Plaintiff Marlena O'Brien, individually and on behalf of all others similarly situated in this action accepts Defendant's Offer of Judgment as annexed hereto, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: May 22, 2018

**BARSHAY SANDERS, PLLC**

By:    /s *David M. Barshay*
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113908
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

MARLENA O'BRIEN, individually and on behalf
all other similarly situated

    Plaintiff,

v.

CLIENT SERVICES, INC.

    Defendant.

Case No.: 2:18-cv-01666

---

### RULE 68 OFFER OF JUDGMENT
### FOR DEFENDANT CLIENT SERVICES, INC.

To: Plaintiff Marlena O'Brien, by and through her attorneys:

**BARSHAY SANDERS, PLLC**

Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Client Services, Inc. ("CSI") hereby offers to allow judgment to be taken against her in favor of Plaintiff as follows:

2. Judgment shall be entered against CSI in the amount of One Thousand and One Dollars ($1,001.000), plus reasonable attorneys' fees and taxable costs incurred in this action prior to expiration of this offer, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon Motion of the Plaintiff.

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against CSI.

4. This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that CSI is liable in this action, or that Plaintiff has suffered any damages.

DATED: May 22, 2018

          LIPPES MATHIAS WEXLER FRIEDMAN LLP

          /s Brendan H. Little
          Brendan H. Little, Esq.
          Attorneys for Defendant
          50 Fountain Plaza, Suite 1700
          Buffalo, NY 14202
          P: 716-853-5100
          F: 716-853-5199
          blittle@lippes.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I served Plaintiff with foregoing Rule 68 Offer of Judgment by electronic mail and placing a copy of same in a post-paid properly-addresses envelope, deposited in an official depository under the exclusive care and custody of United States Postal Service in Buffalo, New York to:

          Craig B. Sanders, Esq.
          Barshay Sanders PLLC
          100 Garden City Plaza, Suite 500
          Garden City, NY 11530
          csanders@barshaysanders.com

          /s Brendan H. Little
          Brendan H. Little

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this May 22, 2018 caused to be served via ECF a true and correct copy of the above and foregoing on all parties.

By:   /s *David M. Barshay*
David M. Barshay