**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARLENA O'BRIEN, individually and on behalf of all others similarly situated,

               Plaintiff,

-against-

CLIENT SERVICES, , Inc.,

               Defendant.

**JUDGMENT**
CV 18-1666 (JMA)(AYS)

Defendant, Client Services, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $496.50 and attorney's fees in an amount to be set by the court or agreed upon by the parties, and Plaintiff Marlena O'Brien having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Marlena O'Brien recover from Defendant Client Services, Inc. the principal amount of $1,001.00, costs of $496.50, and attorney's fees in an amount to be set by the court or agreed upon by the parties; and that this case is closed.

Dated:  Central Islip, New York
         May 25, 2018

                                        **DOUGLAS C. PALMER**
                                        **CLERK OF THE COURT**
                                        /s/ James J. Toritto
                                        Deputy Clerk