UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Marlena O'Brien, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Client Services, Inc.,

        Defendant.

Docket No: 2:18-cv-01666-JMA-AYS

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 22, 2018

**LIPPES MATHIAS WEXLER FRIEDMAN, LLP**

By: ___/s Brendan Little___
Brendan Little, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113908
*Attorneys for Plaintiff*

So Ordered.
/s/ JMA, USDJ
6/26/2018